

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00214-CV

| | | |
|---|---|---|
| Hal Sauls | § | From the 431st District Court |
| | § | of Denton County (2008-20011-158) |
| v. | | |
| | § | June 11, 2015 |
| Munir Bata, LLC, William J. Baldwin, | § | Opinion by Justice Gabriel |
| American National Development, LP, | | |
| Chicago Title Company, and The | | |
| Colony Assets Development, LLC | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Hal Sauls shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel